## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES--GENERAL

Case No. **CV 15-05768-DDP (KK)**                    Date: **August 3, 2015**

Title: **Gregory Tommie Jones v. Correctional Office CSP, et al.**

## DOCKET ENTRY

PRESENT:

#### HON. <u>KENLY KIYA KATO</u>, UNITED STATES MAGISTRATE JUDGE

| <u>Deb Taylor</u> | <u>None</u> |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

ATTORNEYS PRESENT FOR PLAINTIFF(S):          ATTORNEYS PRESENT FOR DEFENDANT(S):
    None                                                            None

**PROCEEDINGS:          (IN CHAMBERS)**

The Court is in receipt of Plaintiff's civil rights complaint.  However, Plaintiff has neither paid the requisite $400 filing fee, nor filed a request to proceed *in forma pauperis*.  Thus, if Plaintiff wishes to pursue this action, he is hereby ordered to (1) pay the $400 filing fee; or (2) file a completed request to proceed *in forma pauperis* no later than **August 17, 2015**.  Plaintiff is cautioned that failure to file a timely response will result in this action being dismissed.  The Clerk is directed to provide Plaintiff with a blank CV-060P form.

Initials of Deputy Clerk          dts

MINUTES FORM 11
CIVIL-GEN